| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Debtors<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>miR SCIENTIFIC, LLC and HUMINN, LLC,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 24-12769 (CMG)<br><br>Hon. Christine M. Gravelle |

**NOTICE OF STAFFING REPORT AND COMPENSATION REPORT OF
APPLIED BUSINESS STRATEGY, LLC FOR THE MONTH OF JULY 2024**

**PLEASE TAKE NOTICE** that, on August 8, 2024 the debtors and debtors in possession in the above-captioned chapter 11 cases filed the Staffing Report and Compensation Report of Applied Business Strategy, LLC for the Month of July 2024 (the "**Compensation Report**"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objections by the Notice Parties and the Debtors to the Compensation Report must be made in writing and be filed with the Court on or before August 22, 2024 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, at the same time the Notice Parties must also serve a copy of the objection upon counsel to the Debtors, Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662, Attn: Erin J. Kennedy, Esq. (e-mail: ekennedy@formanlaw.com), so that the objection is received on or before August 22, 2024 at 4:00 p.m. (ET).

DATED: August 8, 2024

FORMAN HOLT
Attorneys for Debtors

By: */s/ Erin J. Kennedy*
      Erin J. Kennedy

{F0224334 - 1}

**INVOICE FOR PROFESSIONAL FEES AND OUT OF POCKET EXPENSES**



Applied Business Strategy, LLC
1100 Superior Avenue East, Suite 1750
Cleveland, OH 44114
Phone (216) 239-1815

| Invoice | |
|---|---|
| Date | Number |
| 8/8/2024 | 1839 |

miR Scientific, LLC
7 World Trade Center
250 Greenwich Street, FL 46 STE 23
New York, NY 1007

| Client No. | Terms | Client |
|---|---|---|
| 2320003 | According with Retention Order | MIR1 |

| Description | | |
|---|---|---|
| Professional Fees 7/1 – 7/31 (Appendix "A") | $ | 9,937.50 |
| Out of Pocket Expenses | $ | - |
| Total Professional Fees | $ | 9,937.50 |
| *Note: Time by Professional = Appendix "A" and Time Entries by Category = Appendix "B"* | | |
| Pay via ACH or wire per instructions on file. | | |
| Amount Due | $ | 9,937.50 |

Appendix "A"

| Summary of Professional Time and Fees by Category and Professional | | | | |
|---|---|---|---|---|
| **Hours by Category** | | | | |
| Financial Reporting | 17.9 | - | 2.6 | 20.5 |
| Strategic and Operational | - | - | - | - |
| Legal Matters | 1.0 | - | - | 1.0 |
| Administrative | 4.2 | 1.2 | 1.3 | 6.7 |
| Asset Sales | - | - | - | - |
| Total Hours | 23.1 | 1.2 | 3.9 | 28.2 |
| **Professional Fees by Category** | | | | |
| Financial Reporting | $ 7,160.00 | $ - | $ 325.00 | $ 7,485.00 |
| Strategic and Operational | $ - | $ - | $ - | $ - |
| Legal Matters | $ 400.00 | $ - | $ - | $ 400.00 |
| Administrative | $ 1,680.00 | $ 210.00 | $ 162.50 | $ 2,052.50 |
| Asset Sales | $ - | $ - | $ - | $ - |
| Total Fees | $ 9,240.00 | $ 210.00 | $ 487.50 | $ 9,937.50 |

See Appendix "B" for time and fee detail.

| Category Description | |
|---|---|
| Financial Reporting | Preparation of 2023 and 2024 financial statements, Managed transition from Oracle to Quick Books, reviewed/prepared SOFA's and SOAL's, forecasting, |
| Strategic and Operational | Operating planning, supplier issues, and case related issues. |
| Legal Matters | Time preparing for and participating in hearings, depositions, reviewing/editing motions and discussing various legal matters with counsel. |
| Administrative | Directing IM related matters, D&O Coverage, lender reporting, and court required reporting (IDI). |
| Asset Sales | Managing the sale of the business or tangible assets. |

| Summary Hours and Fees by Professional | | |
|---|---|---|
| Professional | Hours | Fees |
| Vomero | 23.1 | $ 9,240.00 |
| Daily | 1.2 | $ 210.00 |
| Preston | 3.9 | $ 487.50 |
| Total | 28.2 | $ 9,937.50 |

Appendix "B"
Professional Fees

| Date | Activity | Hours | | | | Category | Hours | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Vomero | Daily | Preston | Total | | Vomero | Daily | Preston | Total |
| 2-Jan | Discussion/email review r/e MIR D&O. | 0.4 | | | 0.4 | Administrative | $ 160.00 | $ - | $ - | $ 160.00 |
| 8-Jul | Met with Key Bank to discuss opening new accounts - discussion with legal regarding same. | 0.6 | | | 0.6 | Administrative | $ 240.00 | $ - | $ - | $ 240.00 |
| 11-Jul | Compiled background information for tax accountant (to quote) | 0.8 | | | 0.8 | Administrative | $ 320.00 | $ - | $ - | $ 320.00 |
| 11-Jul | Compiled background information for PNC | 0.5 | | | 0.5 | Administrative | $ 200.00 | $ - | $ - | $ 200.00 |
| 15-Jul | Worked on compiling 1099 informaiton. | 0.2 | | 1.3 | | Administrative | $ 80.00 | $ - | $ 162.50 | $ 242.50 |
| 19-Jul | Transition call. Established QB access and provided transition information. | 1.7 | 1.2 | | 2.9 | Administrative | $ 680.00 | $ 210.00 | $ - | $ 890.00 |
| 1-Jul | Prepared MIR liquidation analysis | 1.7 | | | 1.7 | Financial Reporting | $ 680.00 | $ - | $ - | $ 680.00 |
| 4-Jul | Prepared HUM liquidation analysis. Update miR based on legal input. | 2.0 | | | 2.0 | Financial Reporting | $ 800.00 | $ - | $ - | $ 800.00 |
| 7-Jul | Updated forecast and prepared DIP draw request. | 0.7 | | | 0.7 | Financial Reporting | $ 280.00 | $ - | $ - | $ 280.00 |
| 8-Jul | Discussion with PF r/e DIP draw. Email regarding follow-up question. | 0.4 | | | 0.4 | Financial Reporting | $ 160.00 | $ - | $ - | $ 160.00 |
| 10-Jul | Worked on 2024 1099 Compilation | 1.0 | | | 1.0 | Financial Reporting | $ 400.00 | $ - | $ - | $ 400.00 |
| 10-Jul | Discussion with potential tax accountant, review IRS and NJ claims. | 0.9 | | | 0.9 | Financial Reporting | $ 360.00 | $ - | $ - | $ 360.00 |
| 10-Jul | Met with PNC Bank r/e new accounts. Discussion with legal r/e same. | 1.0 | | | 1.0 | Financial Reporting | $ 400.00 | $ - | $ - | $ 400.00 |
| 11-Jul | Discussed open items with AP. | 0.4 | | 0.4 | 0.8 | Financial Reporting | $ 160.00 | $ - | $ 50.00 | $ 210.00 |
| 19-Jul | Reviewed June financials (preliminary). | 0.4 | | | 0.4 | Financial Reporting | $ 160.00 | $ - | $ - | $ 160.00 |
| 30-Jul | Worked on June closing. | 6.0 | | 2.1 | 8.1 | Financial Reporting | $ 2,400.00 | $ - | $ 262.50 | $ 2,662.50 |
| 31-Jul | Completed MIR June MOR. | 1.5 | | | 1.5 | Financial Reporting | $ 600.00 | $ - | $ - | $ 600.00 |
| 31-Jul | Reviewed Huminn June financials/adjustments regarding same. | 1.0 | | 0.1 | 1.1 | Financial Reporting | $ 400.00 | $ - | $ 12.50 | $ 412.50 |
| 31-Jul | Completed Huminn June MOR. | 0.9 | | | 0.9 | Financial Reporting | $ 360.00 | $ - | $ - | $ 360.00 |
| 4-Jul | Discussion with EK regarding liquidation analysis/insurance/cash management. | 0.5 | | | 0.5 | Legal Matters | $ 200.00 | $ - | $ - | $ 200.00 |
| 9-Jul | Discussion with legal regarding bank accounts and separately valuation issues. | 0.5 | | | 0.5 | Legal Matters | $ 200.00 | $ - | $ - | $ 200.00 |
| | Total | 23.1 | 1.2 | 3.9 | 28.2 | | | | | |
| | Rate per Hour | $ 400.00 | $ 175.00 | $ 125.00 | $ 352.39 | | | | | |
| | Total Fees per Professional | $ 9,240.00 | $ 210.00 | $ 487.50 | $ 9,937.50 | | $ 9,240.00 | $ 210.00 | $ 487.50 | $ 9,937.50 |
| | Total Professional Fees | | | | $ 9,937.50 | | | | | |